UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CRAIG BENTON DANIELS,**

    Petitioner,

v.                                          Case No.  3:13cv149/MCR/EMT

**MICHAEL D. CREWS,**

    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated April 8, 2014 (doc. 36).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.   Respondent's motion to dismiss (doc. 30) is **GRANTED**.

3.   The petition for writ of habeas corpus (doc. 1) is **DISMISSED with prejudice**, because the claims asserted therein are procedurally barred from federal review.

4.   A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 8th day of September, 2014.

                                                 *s/ M. Casey Rodgers*
                                                 **M. CASEY RODGERS**
                                                 **CHIEF UNITED STATES DISTRICT JUDGE**